KKO
F. #2019V00561

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

In re the Seizure of:

ANY AND ALL FUNDS ON DEPOSIT
IN WELLS FARGO BANK N.A.
ACCOUNT NUMBER 2035585328
HELD IN THE NAME OF
MINIMUNDO INTERNATIONAL
CORP., AND ALL PROCEEDS
TRACEABLE THERETO.

P R O P O S E D   O R D E R

19-M-227

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Karin Orenstein, for an order unsealing the above-captioned matter.

WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:  Brooklyn, New York
April 3, 2019

_____
HONORABLE ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK