# United States District Court
## EASTERN DISTRICT OF NEW YORK

In re the Seizure of:

ANY AND ALL FUNDS ON DEPOSIT IN WELLS FARGO BANK N.A. ACCOUNT NUMBER 2035585328 HELD IN THE NAME OF MINIMUNDO INTERNATIONAL CORP., AND ALL PROCEEDS TRACEABLE THERETO

**SEIZURE WARRANT**

CASE NUMBER: 19-M-227

**TO: The Internal Revenue Service, and any Duly Authorized Officer or Contractor of the United States of America:**

An affidavit having been made before me by Special Agent Ryan J. Talbot of the Internal Revenue Service, who has reason to believe that the property listed above is subject to forfeiture to the United States, namely: any and all funds on deposit in Wells Fargo Bank N.A. Account Number 2035585328 held in the name of Minimundo International Corp., and all proceeds traceable thereto.

I am satisfied that the affidavit establishes probable cause to believe that the property so described is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and that grounds exist for the issuance of this seizure warrant pursuant to 18 U.S.C. § 981(b).

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, by serving this warrant and making the seizure (in the daytime – 5:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property so seized and prepare a written inventory of the property seized and promptly return this warrant as required by law.

WELLS FARGO BANK N.A. IS HEREBY COMMANDED to effect the seizure of the contents of the above-referenced account and to refuse the withdrawal of any amount from said account by anyone other than duly authorized law enforcement agents, promptly provide officers or contractors of the Internal Revenue Service with the current account balances, and continue to accrue any deposits, interest, dividends, and any other amount credited to said accounts until the aforementioned law enforcement agents direct that the contents of said accounts be finally liquidated.

Dated: Brooklyn, New York
April 3, 2019

Time: 12:26 pm

Honorable Roanne L. Mann
Chief United States Magistrate Judge

| Return | | |
|---|---|---|
| Case No.: 19-M-227 | Date and time warrant executed: 4/4/19 9:21 AM | Copy of warrant and inventory left with: CAROL CAVALLARO - LEAD TELLER |
| Inventory made in the presence of: | | |

Inventory of the property taken:

CHECK # 6686200900 PAYABLE TO THE "UNITED STATES TREASURY" DATED APRIL 30, 2019 IN THE AMOUNT OF $84,962.00 FROM WELLS FARGO BANK SEIZED FROM ACCOUNT # 2035585328 HELD IN THE NAME OF MINI MUNDO INTERNATIONAL CORP.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/4/19

Executing officer's signature

Michael Minto
Printed name and title
Financial Investigator

PRINTED ON LINEMARK PAPER · HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

Security Features Included. Details on Back.

**CASHIER'S CHECK**

6686200900

0066862
Office AU #: 13-24 / 1210(8)
Remitter: RYAN J TALBOT
Operator I.D.: u216882 u674288

April 30, 2019

PAY TO THE ORDER OF ***UNITED STATES TREASURY***

***Eighty-four thousand nine hundred sixty-two dollars and no cents***   **$84,962.00**

Payee Address:
Memo: 38130219

WELLS FARGO BANK, N.A.
1600 FREDERICA RD
SAINT SIMONS ISLAND, GA 31522
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $ 84,962.00
AUTHORIZED SIGNATURE

⑈6686200900⑈ ⑆121000248⑆ 486 1 513315⑈