# United States District Court
## EASTERN DISTRICT OF NEW YORK

In re the Seizure of:

ANY AND ALL FUNDS ON DEPOSIT IN WELLS FARGO BANK N.A. ACCOUNT NUMBER 2035585328 HELD IN THE NAME OF MINIMUNDO INTERNATIONAL CORP., AND ALL PROCEEDS TRACEABLE THERETO

**SEIZURE WARRANT**

CASE NUMBER: 19-M-227

**TO: The Internal Revenue Service, and any Duly Authorized Officer or Contractor of the United States of America:**

An affidavit having been made before me by Special Agent Ryan J. Talbot of the Internal Revenue Service, who has reason to believe that the property listed above is subject to forfeiture to the United States, namely: any and all funds on deposit in Wells Fargo Bank N.A. Account Number 2035585328 held in the name of Minimundo International Corp., and all proceeds traceable thereto.

I am satisfied that the affidavit establishes probable cause to believe that the property so described is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) and that grounds exist for the issuance of this seizure warrant pursuant to 18 U.S.C. § 981(b).

YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, by serving this warrant and making the seizure (in the daytime – 5:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property so seized and prepare a written inventory of the property seized and promptly return this warrant as required by law.

WELLS FARGO BANK N.A. IS HEREBY COMMANDED to effect the seizure of the contents of the above-referenced account and to refuse the withdrawal of any amount from said account by anyone other than duly authorized law enforcement agents, promptly provide officers or contractors of the Internal Revenue Service with the current account balances, and continue to accrue any deposits, interest, dividends, and any other amount credited to said accounts until the aforementioned law enforcement agents direct that the contents of said accounts be finally liquidated.

Dated: Brooklyn, New York
March 14, 2019

Time: 7:17 p.m.

S/ Reyes

Ramon E. Reyes, Jr.
United States Magistrate Judge

| | CASHIER'S CHECK | |
|---|---|---|
| HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK | | HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK |
| | | 11-24/1210 |

**WELLS FARGO**

Check Number: 0001766563

Date: April 5, 2019

Pay to the order of  US Treasury Department          $238,686.95

***Two Hundred Thirty-Eight Thousand Six Hundred Eighty-Six dollars and 95/100***

Drawer: WELLS FARGO BANK, N.A.

*Authorized Signature*

*Richard Levy*
Authorized Signature

For 29746019
Wells Fargo Bank, N.A.
FOR INQUIRIES: 480-394-3122

⑈000176656⑈ ⑆121000248⑆ 486100933⑈